■ MAUHOI TUNG, Appellant, v HENRY CHIU D.D.S., Doing Business as MOTT STREET DENTAL SERVICES, P.C., Respondent. [885 NYS2d 412]—Order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered June 10, 2008, which, to the extent appealed, denied plaintiff's motion to vacate an order, same court and Justice, entered August 23, 2004, which had transferred this action to Civil Court pursuant to CPLR 325 (d), unanimously affirmed, without costs.

Plaintiff advances no ground for vacating the 2004 transfer

order (see CPLR 5015 [a]). Furthermore, subsequent to the transfer order, which plaintiff apparently never appealed, defendant was granted summary judgment dismissing the complaint in this action (10 Misc 3d 142[A], 2006 NY Slip Op 50068[U] [2006], lv denied 2006 NY Slip Op 71966[U] [2006], lv dismissed 7 NY3d 861 [2006], cert denied 552 US —, 128 S Ct 159 [2007]). Concur—Tom, J.P., Sweeny, McGuire, DeGrasse and Freedman, JJ.